UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 20-14379
Karla J. Schneck )
 )
 ) Chapter: 13
 )
 ) Honorable David D. Cleary
 )
 )
Debtor(s) )

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. The 2016 Chevrolet Malibu financed through First Investors Servicing Corporation will be surrendered to First Investors Servicing Corporation post-confirmation and First Investors Servicing Corporation will be allowed an unsecured deficiency claim.

2. The Chapter 13 Trustee shall stop making payments to First Investors Servicing Corporation on their secured claim for the 2016 Chevrolet Malibu.

Enter: *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: November 15, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600